**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| MILLICENT CARVALHO-GREVIOUS : | CIVIL ACTION |
| : | |
| Plaintiff, : | CASE NO.:   1:13-cv-1386-GMS |
| : | |
| v. : | |
| : | |
| DELAWARE STATE UNIVERSITY : | |
| and : | |
| ALTON THOMPSON : | |
| : | |
| Defendants. : | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The Parties, by and through their undersigned Counsel hereby stipulate and agree that the above-captioned action is dismissed with prejudice. Each Party shall bear its own costs and attorneys' fees.

_____
UNITED STATES DISTRICT JUDGE

1

Respectfully submitted,

SEITZ, VAN OGTROP & GREEN, P.A
*/s/ Jared T. Green*
Jared T. Green, Esq. (#5179)
222 Delaware Avenue, Suite 1500
P. O. Box 68
Wilmington, DE 19899
Phone: (302) 888-7606
Fax: (302) 888-0606
jtgreen@svglaw.com

OF COUNSEL:
Christine E. Burke, Esq. (admitted *pro hac*)
Karpf, Karpf & Cerutti, P.C.
3331 Street Road
Two Greenwood Square, Suite 128
Bensalem, PA 19020
Phone: (215) 639-0801
Fax: (215) 639-4970
cburke@karpf-law.com
*Attorneys for Plaintiff*

SAUL EWING, LLP
*/s/ James D. Taylor, Jr.*
James D. Taylor, Jr., Esq. (#4009)
Gerard M. Clodomir, Esq. (#5467)
1201 N. Market Street, Suite 2300
Wilmington, DE 19899
Phone: (302) 421-6863
Fax: (302) 421-5878
jtaylor@saul.com
gclodomir@saul.com
*Attorney for Defendants*

Dated: December 15, 2017